UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE<br><br>REQUEST FOR ORDER REQUIRING<br>GOOGLE, INC., TO PRODUCE DOCUMENTS<br>AND THINGS | Case No.: 12-MC-80190-EJD<br><br>**ORDER GRANTING EX-PARTE APPLICATION PURSUANT TO 28 U.S.C. § 1782 PERMITTING DISCOVERY FOR USE IN FOREIGN PROCEEDING**<br><br>**(RE: Docket No. 1)** |

Applicant Linc Energy Limited ("Applicant") is a company incorporated in Australia and has filed suit in Australia against Yonggang Luo ("Luo"), a former employee, for misappropriation of confidential information. Applicant has filed an ex parte application to obtain certain discovery from Google, Inc. ("Google") for use in the foreign proceeding. Applicant seeks leave to subpoena emails and related information from Luo's Gmail account with Google. Applicant claims, and Luo concedes, that Luo sent confidential information to his Gmail account before resigning from his position. The Supreme Court of Queensland has granted an order allowing Applicant to seek evidence for its case against Luo.

The court GRANTS Applicant's request to serve a subpoena. The court's order is without prejudice, however, to Google moving to quash that subpoena, and any hearing on such a motion to quash may be heard on an expedited basis. Applicant shall immediately serve a copy of this order on Google together with its subpoena.

**IT IS SO ORDERED.**

Dated: September 14, 2012

                                   PAUL S. GREWAL
                                   United States Magistrate Judge

Case No.: 12-80190
ORDER